UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOSAIA HAVEA,

Plaintiff,

v.

CITY OF SAN FRANCISCO,

Defendant.

Case No. 26-cv-04680-RFL

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO APPOINT COUNSEL**

Re: Dkt. Nos. 12, 15

The Court has reviewed *de novo* Magistrate Judge Kandis A. Westmore's Report and Recommendation to dismiss this action with prejudice (Dkt. No. 12). It has also reviewed Plaintiff's original complaint (Dkt. No. 1), Judge Westmore's order screening that complaint (Dkt. No. 9), Plaintiff's amended complaint (Dkt. No. 10), Plaintiff's objection to the Report and Recommendation (Dkt. No. 14), and the docket generally. The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect. The objection does not address the defects identified in the amended complaint. Accordingly, this action is **DISMISSED WITH PREJUDICE**. Because no viable claims remain, the renewed motion for appointment of counsel (Dkt. No. 15) is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 27, 2026

RITA F. LIN
United States District Judge